# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al., | Case No. 1:21-cv-00841-DAD-SAB |
| Plaintiffs, | ORDER REQUIRING APPOINTMENT OF GUARDIAN AD LITEM |
| v. | (ECF No. 1) |
| COUNTY OF STANISLAUS, et al., | TEN-DAY DEADLINE |
| Defendants. | |

On May 25, 2021, Plaintiffs Shane Beard, Hilda Perez, and N.P., a minor, filed a complaint in this action. The complaint states the action is filed by and through N.P.'s guardian ad litem.

The Federal Rules of Civil Procedure provide that "[t]he following representatives may sue or defend on behalf of a minor or an incompetent person: (A) a general guardian; (B) a committee; (C) a conservator; or (D) a like fiduciary." Fed. R. Civ. P. 17(c). Pursuant to the Local Rules of the Eastern District of California, upon commencing this action on behalf of a minor, "the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation

of the minor . . . ." L.R. 202(a).

Accordingly, IT IS HEREBY ORDERED that, within **ten (10) days** from the date of entry of this order, Plaintiffs' counsel shall file evidence that the representative has been appointed under state law or a motion for appointment of a guardian ad litem that meets the requirements of Rule 202.

IT IS SO ORDERED.

Dated: __**May 26, 2021**__

UNITED STATES MAGISTRATE JUDGE