# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00841-DAD-SAB<br><br>ORDER RE STIPULATION TO STRIKE DEFICIENT WAIVERS OF SERVICE<br><br>(ECF No. 14) |

　　　　On September 30, 2021, the parties filed a stipulation and proposed order to strike certain completed waivers of the service of summons, which the parties submit did not comply with Federal Rule of Civil Procedure 4 as to the individually named Defendants and were therefore deficient. (ECF No. 14.) Following filing of the deficient waivers, the parties met and conferred and agreed to refile corrected waivers for this matter. The Court finds good cause exists to grant the parties' stipulated request.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　All waivers of summons filed at ECF No. 12 shall be STRICKEN;

　　　　2.　　Corrected waivers of summons for all individually named Defendants shall be returned to Plaintiffs' counsel in accordance with Federal Rule of Civil Procedure 4(d) **within seven (7) days** of the date of electronic filing of this order;

1

3. Upon receipt, Plaintiffs shall promptly file all waivers with the Court; and

4. If the corrected waivers are timely returned within the seven (7) days above, and promptly filed after receipt by Plaintiffs, all answers shall be filed by Defendants by **October 12, 2021**.

IT IS SO ORDERED.

Dated: **September 30, 2021**

UNITED STATES MAGISTRATE JUDGE