# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>  Defendants. | Case No. 1:21-cv-00841-DAD-SAB<br><br>ORDER VACATING OCTOBER 28, 2021 SCHEDULING CONFERENCE<br><br>(ECF No. 13) |

A scheduling conference is currently scheduled in this matter for October 28, 2021. (ECF No. 13.) Upon review of the parties' joint scheduling report submitted pursuant to Federal Rule of Civil Procedure 26(f) (ECF No. 19), the Court finds attendance at the scheduling conference not necessary. See Fed. R. Civ. P. 16(b)(1) (scheduling order must issue "(A) after receiving the parties' report under Rule 26(f); or (B) after consulting with the parties' attorneys and any unrepresented parties at a scheduling conference."). The Court shall subsequently issue the scheduling order in short order.

///

///

///

///

///

1

Accordingly, the mandatory scheduling conference set for October 28, 2021, is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **October 26, 2021**

UNITED STATES MAGISTRATE JUDGE