ROBERT R. POWELL, SBN: 159747
POWELL & ASSOCIATES
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201 F: (408) 553-0203
E: rpowell@rrpassociates.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-00841-DAD-SAB<br><br>[PROPOSED]<br>ORDER RE: PLAINTIFFS' MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE<br><br>Judge: Dale A. Drozd<br>Magistrate Judge: Stanley A. Boone |

  Based on the Plaintiffs' Motion to Compel Documents Responsive to Plaintiff Shane Beard's Request for Production, Set One and after consideration of the documents, arguments, and evidence submitted in support of the requested relief and any opposition received, the Court hereby finds and orders as follows:

1. Plaintiffs` motion to compel is GRANTED;

2. Defendant's counsel is ordered to produce any and all documents responsive to Plaintiff's Request for Production without objections within 20 days of the filing of this Order;

1

3.  Attorney fees as and for sanctions shall be awarded to Plaintiffs for the time incurred to

bring the Motion to Compel in the amount of $_____ and paid by Defendants

within 20 days of the filing of this Order, in a check sent to Plaintiffs' counsel and made

payable to Powell & Associates Client Trust Account.

**IT IS SO ORDERED**

Date: _____

_____
HON. STANLEY A. BOONE
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT - CALIFORNIA

[Proposed] Order
Case No. 1:21-CV-00841-DAD-SAB
Beard, et al. v. County of Stanislaus, et al.