# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00841-DAD-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 37) |

　　　　This action was filed on May 24, 2021.  (ECF No. 1.)  On October 27, 2021, a scheduling order issued, which has not been modified in this action.  (ECF No. 21.)  On July 12, 2022, the parties filed a stipulated motion requesting the scheduling order be modified.  (ECF No. 37.)  The parties only request an extension of fourteen (14) days to the discovery deadlines and the dispositive motion filing deadline, primarily based on the fact that Plaintiffs' law firm has seen each employee contract COVID-19 within the past three months.  The parties proffer that discovery has been ongoing, and four of the nine targeted depositions have been completed.  The Court finds good cause to grant the request.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED and the scheduling order is modified as follows:

1. Nonexpert Discovery Deadline: August 31, 2022;
2. Expert Disclosure Deadline: September 30, 2022;
3. Supplemental Expert Disclosure Deadline: November 4, 2022;
4. Expert Discovery Deadline: December 23, 2022; and
5. Dispositive Motion Filing Deadline: February 13, 2023.

All other dates and aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **July 13, 2022**

UNITED STATES MAGISTRATE JUDGE

2