# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | Case No.  1:21-cv-00841-ADA-SAB<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME FOR EXPERT WITNESS DISCLOSURES AND DATES RELATED THERETO<br><br>ORDER VACATING OCTOBER 19, 2022 HEARING<br><br>(ECF Nos. 42, 45) |

Plaintiffs Shane Beard, Hilda Perez, and N.P.'s (collectively, "Plaintiffs") initiated this action on May 24, 2021.  (ECF No. 1.)  A scheduling order issued on October 27, 2021 (ECF No. 21), and was modified on July 13, 2022 (ECF No. 39).  On September 26, 2022, Plaintiffs filed an "ex parte motion for miscellaneous administrative relief; extension of time for expert witness disclosures and dates related thereto," which they appear to bring pursuant to Local Rules 144 and 233, and this Court's standing order.  (ECF No. 42 at 6–7 (caption capitalizations removed).)  The current deadline for expert disclosures is September 30, 2022, and the deadline for supplemental/rebuttal disclosures is November 4, 2022.  (See ECF Nos. 21, 39.)  Plaintiffs seek to continue these deadlines approximately thirty days.  The Court, construing Plaintiffs' motion as a regularly-noticed motion to modify the scheduling order, directed Defendants to

either file an opposition or statement of non-opposition to Plaintiffs' motion. (ECF No. 43.) On October 5, 2022, Defendants filed a statement of non-opposition to Plaintiffs' motion. The Court finds good cause exists to grant Plaintiffs' motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' unopposed motion to modify the scheduling order (ECF No. 42) is GRANTED. The hearing for the motion, currently set for October 19, 2022, is VACATED, and the scheduling order is modified as follows:

1. Initial Expert Disclosure Deadline: **October 31, 2022**;
2. Supplemental Expert Disclosure Deadline: **December 12, 2022**; and
3. Expert Discovery Deadline: **December 31, 2022**.
4. All other aspects of the scheduling order, as previously modified (ECF Nos. 21, 39), continue to remain in effect.

IT IS SO ORDERED.

Dated: **October 6, 2022**

UNITED STATES MAGISTRATE JUDGE