# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al., | Case No. 1:21-cv-00841-ADA-SAB |
| Plaintiffs, | ORDER RESETTING HEARING DATE ON PLAINTIFFS' MOTION TO REOPEN DISCOVERY FOR DECEMBER 14, 2022 |
| v. | |
| COUNTY OF STANISLAUS, et al., | (ECF No. 49) |
| Defendants. | |

On October 31, 2022, Plaintiffs filed a motion to reopen discovery pursuant to Federal Rules of Civil Procedure 6 and 16, "for the limited purpose of resolving two discovery issues," specifically, to "allow[] the parties to litigate the issue of whether the County disobeyed a discovery order in failing to produce the C.A.I.R.E. Center documents, and to litigate the issue of County's refusal to produce unredacted documents it had previously agreed to produce." (ECF No. 49 at 1-2, 18-19.)  The matter was set for hearing on November 30, 2022.  Local Rule 230, as amended March 1, 2022, now requires at least thirty-five (35) days' notice for regular civil motions.[1]  The Court shall reset the hearing for the next available hearing date that complies with Local Rule 230.[2]  Pursuant to the Local Rule, the opposition deadline shall relate to the motion

---

[1] Local Rule 251 dealing with discovery matters, with a 21 day notice period, pertains to discovery disagreements under Federal Rules of Civil Procedure 26 through 37, and 45, as well as motions pertaining to exceeding discovery limitations and protective orders.  L.R. 251(a).

[2] The Court is unavailable on December 7, 2022.

1

filing date.  L.R. 230(c).

     Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion to reopen discovery is RESET for December14, 2022, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: __**November 1, 2022**__

UNITED STATES MAGISTRATE JUDGE

2