# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al., | Case No. 1:21-cv-00841-ADA-SAB |
| Plaintiffs, | ORDER VACATING DECEMBER 14, 2022 HEARING AND GRANTING PLAINTIFFS' MOTION TO REOPEN DISCOVERY |
| v. | |
| COUNTY OF STANISLAUS, et al., | (ECF Nos. 49, 50, 51) |
| Defendants. | |

On October 31, 2022, Plaintiffs filed a motion to reopen discovery pursuant to Federal Rules of Civil Procedure 6 and 16, "for the limited purpose of resolving two discovery issues," specifically, to "allow[] the parties to litigate the issue of whether the County disobeyed a discovery order in failing to produce the C.A.I.R.E. Center documents, and to litigate the issue of County's refusal to produce unredacted documents it had previously agreed to produce." (ECF No. 49 at 1-2, 18-19.) The matter is set for hearing on December 14, 2022. (ECF No. 50.)

On November 14, 2022, Defendants filed a statement of non-opposition to the motion to reopen discovery. (ECF No. 51.) The Court shall grant the motion as unopposed, and reopen nonexpert discovery for a period of sixty (60) days, consistent with the movant's request for a limited opening consistent with the moving papers.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiffs' motion to reopen discovery set for December 14, 2022, at 10:00 a.m. in Courtroom 9, is VACATED;

2. Plaintiffs' motion to reopen discovery (ECF No. 49) is GRANTED;

3. The nonexpert discovery deadline is extended until January 16, 2023, for the limited purposes expressed in the motion to reopen discovery; and

4. The parties shall meet and confer and either stipulate, or move the Court if the parties disagree, for any needed modifications to the scheduling order to accommodate the limited reopening of nonexpert discovery.

IT IS SO ORDERED.

Dated:   **November 16, 2022**

UNITED STATES MAGISTRATE JUDGE