# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al., | Case No. 1:21-cv-00841-ADA-SAB |
| Plaintiffs, | ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS TO JANUARY 11, 2023 |
| v. | |
| COUNTY OF STANISLAUS, et al., | (ECF No. 53) |
| Defendants. | |

A motion for sanctions is currently set for hearing on December 28, 2022. (ECF No. 53.) The Court shall continue the hearing to accommodate the Court's schedule.

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for sanctions, (ECF No. 53), currently set for December 28, 2022, is CONTINUED to January 11, 2023, at 10:00 a.m., in Courtroom 9.

IT IS SO ORDERED.

Dated:   **December 15, 2022**

UNITED STATES MAGISTRATE JUDGE

1