UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, ET AL.,<br><br>             Plaintiffs,<br><br>    v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>             Defendants. | Case No. 1:21-CV-000841 JAM-CSK<br><br>**ORDER RE: APRIL COBBS'**<br>**VIDEO DEPOSITION** |

Plaintiffs are permitted at trial to show the following excerpts from the August 10, 2022 video deposition of April Cobbs to the Jury:

    1.    All excerpts designated on page 1 of ECF 135-1 through P. 62:11-63:11 (do not show P. 63:12-18)

    2.    P. 99:25 - P. 100:21

    3.    P. 118:4 - P. 120:17

    4.    P. 154:4 - P. 155:8

    5.    P. 155:16 - P. 158:12

    6.    P. 158:24 - P. 159:7

    7.    P. 165:25 - P. 166:5

8. Excerpts between P. 166:25-178:4 designated on page 4 of ECF 135-1

9. P. 180:1-8

10. P. 187:1-8

11. P. 197:9-200:11

12. P. 201:3-24

13. All excerpts designated on p. 5 of ECF 135-1 <u>except</u> P. 209:20-210:16; P. 210:19-211:10; P. 211:14-21; P. 230:16-21

14. All excerpts designated on page 6 of ECF 135-1 <u>except</u> P. 248:11-249:22; P. 257:21-259:17; P. 265:20-267:6; P. 267:8-17; P. 268:6-16; P. 270:12-271:20; P. 272:22-273:10

DATED: May 16, 2024

_____
JOHN A. MENDEZ
Senior United States District Judge