1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

10   SHANE BEARD, et al.,              )   Case No. 1:21-CV-000841 JAM-CSK
                                       )
11                     Plaintiffs,     )   **ORDER RE: SHYNELLE SMITH**
                                       )   **(JONES) VIDEO DEPOSITION**
12        v.                           )
                                       )
13   COUNTY OF STANISLAUS, et al.,     )
                                       )
14                     Defendants.     )

15        Plaintiffs may show the following designated excerpts of the

16   May 23, 2022 videotaped deposition of Shynelle Smith (Jones)

17   (ECF #137-4) to the Jury:

18        All excerpts EXCEPT the following:

19        1.    P. 32:13-35:21

20        2.    P. 47:24-49:11

21        3.    P. 84:2-21

22        4.    P. 86:11-89:4

23        5.    P. 129:8-130:8

24        6.    P. 164:4-18

25        7.    P. 173:10-174:7

26        8.    P. 185:7-187:18

27   DATED: May 17, 2024

28                                     _____
                                       JOHN A. MENDEZ
                                       Senior United States District Judge