UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al., | Case No. 1:21-CV-000841 JAM-CSK |
| Plaintiffs, | **ORDER RE: ERIC ANDERSON** |
| v. | **VIDEO DEPOSITION** |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |

Plaintiffs may show the following designated excerpts of the July 7, 2022 videotaped deposition of Eric Anderson (ECF #137-1) to the Jury:

P. 47:19-52:3

P. 69:6-70:10

P. 75:3-77:21 (do not show P. 77:22-78:20)

P. 99:10-103:2

P. 125:9-127:25

P. 138:24-142:13

P. 145:1-147:23

P. 150:6-155:23

P. 156:23-160:1

P. 161:6-165:8

P. 177:25-178:14

1      P. 187:15-20;

2      P. 191:6-193:9;

3      P. 202:24-206:1;

4      P. 206:21-209:5

5  DATED: May 20, 2024

6                                        _____

7                                        JOHN A. MENDEZ
                                         Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28