UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al., | ) Case No. 1:21-CV-000841 JAM-CSK |
| Plaintiffs, | ) **ORDER RE: STEPHANIE HERRERA** |
| v. | ) **VIDEO DEPOSITION** |
| COUNTY OF STANISLAUS, et al., | ) |
| Defendants. | ) |

Plaintiffs may show the following designated excerpts of the May 25, 2022 videotaped deposition of Stephanie Herrera (ECF #137-2) to the Jury:

P. 4:8-10

P. 15:5-13

P. 23:16-24:4

P. 44:5-46:5 (do not show P. 41:5-44:4)

DATED: May 20, 2024

_____
JOHN A. MENDEZ
Senior United States District Judge