UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al., | Case No. 1:21-CV-000841 JAM-CSK |
| Plaintiffs, | **ORDER RE: SHARI JOHNSON VIDEO DEPOSITION** |
| v. | |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |

Plaintiffs may show the following designated excerpts of the May 27, 2022 videotaped deposition of Shari Johnson (ECF #137-3) to the Jury:

All designated excerpts EXCEPT the following:

P. 27:25-28:12

P. 36:1-2

P. 47:23-48:5

P. 54:11-19

P. 57:16-58:14

Plaintiffs shall add the following excerpts:

P. 26:16-25

P. 106:1-9

DATED: May 20, 2024

_____
JOHN A. MENDEZ
Senior United States District Judge