UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al., | ) Case No. 1:21-CV-000841 JAM-CSK |
| Plaintiffs, | ) **ORDER RE: GLORIA SOLORIO** |
| v. | ) **VIDEO DEPOSITION** |
| COUNTY OF STANISLAUS, et al., | ) |
| Defendants. | ) |

Plaintiffs may show the following designated excerpts of the July 14, 2022 videotaped deposition of Gloria Solorio (ECF #137-5) to the Jury:

    P. 5:1-13

    P. 24:17-25

    P. 25:19-26:3

    P. 48:2-49:4

    P. 50:23-51:5

    P. 91:25-93:12

    P. 94:8-11

DATED: May 20, 2024

JOHN A. MENDEZ
Senior United States District Judge