**FILED**

MAY 29 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, HILDA PEREZ, AND N.P., a minor, by and through Guardian ad Litem Donnie R. Cox,<br><br>            Plaintiffs,<br><br>   v.<br><br>COUNTY OF STANISLAUS, a political subdivision of the State of California, ERIC ANDERSON, APRIL COBBS, MARIELA GOMEZ, DAVID GRANADOS, STEPHANIE HERRERA, SHARI JOHNSON, SHYNELLE JONES, GLORIA SOLORIO, and DOES 1 through 10, Inclusive,<br><br>            Defendants. | Case No. 1:21-CV-00841 JAM-CSK<br><br>**RESPONSE TO NOTE #1 FROM JURY** |

No.

Dated: May 29, 2024

_____
Honorable John A. Mendez