ROBERT R. POWELL, SBN: 159747
**POWELL & ASSOCIATES**
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0201 F: (408) 553-0203
E: rpowell@rrpassociates.com

SAMUEL H. PARK (SBN: 261136)
**LAW OFFICE OF SAMUEL H. PARK, APC**
374d Bergin Drive
Monterey, CA 93940
T: (831) 529-5955
E: sam@sampark.lawyer

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al.<br><br>　　　　Plaintiffs,<br>　　v.<br><br>COUNTY OF STANISLAUS, et al.<br><br>　　　　Defendants. | Case No.: 1:21-cv-00841-JAM-CSK<br><br>**ORDER GRANTING PLAINTIFFS' EX-PARTE REQUEST TO EXCUSE ONE DAY LATE FILING OF BILL OF COSTS** |

　　　　Based on Plaintiffs Ex-Parte Request to Excuse One Day Late Filing of Bill of Costs filed on June 14, 2024, and upon review of same and any objections thereto, the Court hereby orders as follows;

1

ORDER
Beard, et al. v. County of Stanislaus, et al.
Case No.: 1:21-cv-00841-JAM-CSK

Good cause appearing, Plaintiffs' Ex-Parte Request to Excuse One Day Late Filing of Bill of Costs is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 03, 2024                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE

2

ORDER
Beard, et al. v. County of Stanislaus, et al.
Case No.: 1:21-cv-00841-JAM-CSK