ROBERT R. POWELL, SBN: 159747
**POWELL & ASSOCIATES**
925 West Hedding Street
San Jose, California 95126
T: 408-553-0200 F: 408-553-0201
E: rpowell@rrpassociates.com

SAMUEL H. PARK (SBN: 261136)
**LAW OFFICE OF SAMUEL H. PARK, APC**
374d Bergin Drive
Monterey, CA 93940
T: 831-529-5955
E: sam@sampark.lawyer

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>      Defendants. | Case No.: 1:21−CV−00841−JAM-CSK<br><br>**ERRATA TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS (ECF #185)** |

**TO DEFENDANTS, THEIR ATTORNEYS OF RECORD, AND THE COURT:**

NOTICE IS HEREBY GIVEN that Plaintiffs SHANE BEARD, et al., submit the following Errata to their Notice of Motion and Motion for Attorneys' Fee and Costs (ECF #185):

In regards to Jospeh Weinberger's Declaration in Support of Attorneys' Fees and Costs, Plaintiffs failed to attach the first page of the declaration of Mr. Weinberger. Plaintiffs remedy this error by re-filing the entire declaration including the first page, submitted with this filing as Attachment A.

1

ERRATA TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

|   |   |
|---|---|
| Date: August 20, 2024 | Respectfully submitted,<br><br>POWELL & ASSOCIATES.<br><br>*DocuSigned by:*<br>*Robert Powell*<br>―――――――――――――――<br>ROBERT R. POWELL, Esq.<br>Attorneys for Plaintiffs |