Robert R. Powell (SBN: 159747)
POWELL & ASSOCIATES
925 W. Hedding St.
San Jose, CA 95126
T: (408) 553-0200 F: (408) 553-0201
E: rpowell@rrpassociates.com

Samuel H. Park (SBN: 261136)
LAW OFFICE OF SAMUEL H. PARK, APC
2161 Trapani Cir.
Monterey, CA 93940
T: (831) 529-5955
E: sam@sampark.lawyer

Attorneys for Plaintiffs,
Shane Beard, Hilda Perez, and N.P.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, et al., | Case No. 1:21-cv-00841-JAM-CSK |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS** |
| v. | |
| COUNTY OF STANISLAUS, et al., | Judge: Hon. John A. Mendez |
| Defendants. | |

Plaintiffs herein by and through their counsel, submitted a Request to Seal Documents on or about March 25, 2026, pertaining to the sealing of Plaintiffs' Motion for Ex Parte Approval of Minor's Compromise, the Declaration of Robert R. Powell in support, and the proposed order regarding same.

Upon consideration of the points offered in Plaintiffs' Request, the Court hereby **GRANTS** the request and orders as follows:

//

//

- 1 -

Order Granting Plaintiffs' Request to Seal Documents
*Beard, et al., v. County of Stanislaus, et al.*
U.S. District Court – Eastern District
Case No.: 1:21-cv-00841-JAM-CSK

1. The Clerk of the Court is hereby **ORDERED** to file, under seal, unredacted versions of the following documents:

    a) Plaintiffs' Motion for Ex Parte Approval of Minor's Compromise;

    b) Declaration of Robert R. Powell in Support of Plaintiffs' Motion for Ex Parte Approval of Minor's Compromise;

    c) Plaintiffs' [Proposed] Order Granting Motion for Ex Parte Approval of Minor's Compromise

2. Only the parties to this case and their respective counsel are permitted access to the above-mentioned documents.

Dated: March 27, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

- 2 -

Order Granting Plaintiffs' Request to Seal Documents
*Beard, et al., v. County of Stanislaus, et al.*
U.S. District Court – Eastern District
Case No.: 1:21-cv-00841-JAM-CSK