**PORTER | SCOTT**

A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Robert R. Powell (SBN:159747)
POWELL & ASSOCIATES
925 West Hedding Street
San Jose, CA 95126
T: (408) 553-0200 F: (408) 553-0201
E: rpowell@rrpassociates.com

Samuel H. Park (SBN: 261136)
LAW OFFICE OF SAMUEL H. PARK, APC
2161 Trapani Cir.
Monterey, CA 93940
T: (831) 529-5955
E: sam@sampark.lawyer

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE BEARD, HILDA PEREZ, and N.P., a minor, by and through Guardian ad Litem Donnie R. Cox,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, a political subdivision of the State of California, ERIC ANDERSON, APRIL COBBS, MARIELA GOMEZ, DAVID GRANADOS, STEPHANIE HERRERA, SHARI JOHNSON, SHYNELLE JONES, GLORIA SOLORIO, and DOES 1 through 10,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:21-cv-00841-JAM-CSK<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs SHANE BEARD, HILDA PEREZ, and N.P., a minor, by and through Guardian ad Litem Donnie R. Cox, and Defendants COUNTY OF STANISLAUS, ERIC ANDERSON, APRIL COBBS, MARIELA GOMEZ, DAVID GRANADOS, STEPHANIE HERRERA, SHARI JOHNSON, SHYNELLE JONES, and GLORIA SOLORIO, by and through their counsel of record that this action be **DISMISSED, WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

Dated:  June 30, 2026

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/ John R. Whitefleet
   John R. Whitefleet
   Attorney for Defendants

Dated:  June 30, 2026

By /s/ Robert R. Powell (auth'd 6/26/26)
   Robert R. Powell
   Samuel H. Park
   Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

Dated: June 30, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL